# NO. 12-12-00419-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *JEFFERY LEN JACKSON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*
## *PER CURIAM*

In this original proceeding, Relator Jeffery Len Jackson seeks a writ of mandamus requiring Lori Oliver, District Clerk of Shelby County, Texas, to file certain documents he has presented to her in connection with his attempt to enforce a final divorce decree.

A court of appeals has the authority to issue writs of mandamus against a judge of a district or county in the court of appeals district and all writs necessary to enforce its jurisdiction. TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004). In order for a district clerk to fall within this court's jurisdictional reach, it must be established that the issuance of the writ of mandamus is necessary to enforce its jurisdiction. *See id*.; ***In re Coronado***, 980 S.W.2d 691, 692-93 (Tex. App.–San Antonio 1998, orig. proceeding). Jackson has not demonstrated that the exercise of this court's mandamus authority against the respondent is necessary to enforce its jurisdiction. Consequently, we have no authority to issue a writ of mandamus. *See* TEX. GOV'T CODE ANN. § 22.221; ***In re Coronado***, 980 S.W.2d at 692-93. Accordingly, the petition for writ of mandamus is ***dismissed for want of jurisdiction***.

Opinion delivered May 31, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

MAY 31, 2013

NO. 12-12-00419-CV

**JEFFERY LEN JACKSON,**
Relator
v.
**HON. CHARLES R. MITCHELL**,
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by **JEFFERY LEN JACKSON**, who is the relator in Cause No.D-04-26134, pending on the docket of the 273rd Judicial District Court of Shelby County, Texas. Said petition for writ of mandamus having been filed herein on December 11, 2012, and the same having been duly considered, because it is the opinion of this Court that it does not have jurisdiction of the petition, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DISMISSED FOR WANT OF JURISDICTION**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*